

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| R-ZAQ, INC., BADER OBEID A/K/A | | No. 08-15-00065-CV |
| BADER M. OBEID D/B/A CARPET | § | |
| MILLS OF AMERICA AND CARPET | | Appeal from the |
| MILLS, | § | |
| | | County Court at Law No. 2 |
| APPELLANTS, | § | |
| | | of Tarrant County, Texas |
| V. | § | |
| | | (TC# 2012-005830-2) |
| MOHAWK SERVICING, LLC, | § | |
| | | |
| APPELLEE. | § | |

### J U D G M E N T

The Court has considered this cause on the Appellee's motion to dismiss appeal as moot and concludes the appeal should be dismiss as moot, in accordance with the opinion of this Court. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 22ND DAY OF APRIL, 2015.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.